BERNARD KRONTHAL v. GENERAL MOTORS TRUCK COMPANY.— Motion for leave to withdraw appeal granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of SAMUEL DROSHNICOP against SINDACATO ORIENTALE DI COMMERCIO and Another. BANCO DI ROMA — SAMUEL DROSHNICOP.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of SAMUEL DROSHNICOP against SINDACATO ORIENTALE DI COMMERCIO and Another. BANCO DI ROMA — SAMUEL DROSHNICOP.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES CORDES v. MARTIN GREENGRAS.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LENA MYERS v. METROPOLITAN LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISAAC SHOENHAUS v. JOSEPH FRIEDMAN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES WEGNER v. LEO SILVER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD E. PALMENBERG and Others v. LEON FRANZBLAU.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FOREST F. VERITY v. NATHAN L. OTTINGER and Others.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUISE SMITH v. ABBER REALTY Co., INC. BERTHA RICHARDSON v. ABBER REALTY Co., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PETER PIEGARI v. DAVID C. SCOTT.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MYRON KROCZAK, an Infant, etc., v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK. WILLIAM KROCZAK v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GLADYS COOPER v. LILLA G. LAW.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TRAUTS REALTY CORPORATION v. JAMES S. GREENE.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS J. O'REILLY v. FRANK BIAMONTE and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARTIN STEIN v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY.—